IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  SEALED

FREDDIE LEE CHRISTOPHER KNOWLES IV  SUPERSEDING
CANDIS MARSHAE WALKER  INDICTMENT
DAVID ISAAC RUCKER
JOHN JEROME FAGIN  CASE NO. 5:12cr5-RS
CHRISTOPHER MATHIS
WILLIE JAMES MORGAN
WILLIE LAMAR POTTER
VINCENT M. BROWN
JIMMIE LEE AIKENS JR.
JASON APOLLO BROXTON
  and
TROY ANTHONY COLEMAN

---

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about January 1, 2011, and on or about February 13, 2012, in the

Northern District of Florida and elsewhere, the defendants,

FREDDIE LEE CHRISTOPHER KNOWLES IV
CANDIS MARSHAE WALKER
DAVID ISAAC RUCKER
JOHN JEROME FAGIN
CHRISTOPHER MATHIS
WILLIE JAMES MORGAN
WILLIE LAMAR POTTER
VINCENT M. BROWN
JIMMIE LEE AIKENS JR.
JASON APOLLO BROXTON
  and
TROY ANTHONY COLEMAN

Returned in open court pursuant to Rule 6(f)

4-19-2012

Date

United States Magistrate Judge

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and this offense involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about February 12, 2012, in the Northern District of Florida, the defendants,

**FREDDIE LEE CHRISTOPHER KNOWLES IV
and
CANDIS MARSHAE WALKER,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about February 13, 2012, in the Northern District of Florida, the defendant,

**JOHN JEROME FAGIN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved a mixture and substance containing a detectable amount of

2

cocaine and cocaine base, commonly known as "crack cocaine."

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT FOUR

On or about February 12, 2012, in the Northern District of Florida and elsewhere, the defendants,

**FREDDIE LEE CHRISTOPHER KNOWLES IV
CANDIS MARSHAE WALKER
DAVID ISAAC RUCKER
and
JOHN JEROME FAGIN,**

did knowingly possess a firearm, that is, a Norinco 39 millimeter assault rifle, a Colt 10 millimeter pistol, a Ruger 9 millimeter pistol, and a Smith and Wesson 9 millimeter pistol, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, and possession with intent to distribute a controlled substance, as charged in Counts One through Three of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(I) and 2.

### COUNT FIVE

On or about February 12, 2012, in the Northern District of Florida, the defendant,

**FREDDIE LEE CHRISTOPHER KNOWLES IV,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, that is:

3

1. a. On or about January 13, 2006, **FREDDIE LEE CHRISTOPHER KNOWLES IV** was convicted in the State of Florida of Possession of Marijuana with Intent to Distribute; and

   b. On or about October 13, 2008, **FREDDIE LEE CHRISTOPHER KNOWLES IV** was convicted in the State of Florida of Possession of Marijuana more than 20 with Intent to Distribute.

2. For each of these crimes, **FREDDIE LEE CHRISTOPHER KNOWLES IV** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **FREDDIE LEE CHRISTOPHER KNOWLES IV** did knowingly possess a firearm, that is, a Ruger 9 millimeter pistol.

4. This firearm had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT SIX

On or about February 13, 2012, in the Northern District of Florida, the defendant,

### JOHN JEROME FAGIN,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, that is:

1. On or about January 16, 2004, **JOHN JEROME FAGIN** was convicted in the State of Florida of Possession of a Controlled Substance.

2. For this crime, **JOHN JEROME FAGIN** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **JOHN JEROME FAGIN** did knowingly possess a firearm, that is, a Norinco 39 millimeter assault rifle and a Colt 10 millimeter pistol.

4. These firearms had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT SEVEN

On or about January 19, 2012, in the Northern District of Florida, the defendant,

### TROY ANTHONY COLEMAN,

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT EIGHT

On or about January 19, 2012, in the Northern District of Florida, the defendant,

### TROY ANTHONY COLEMAN,

did knowingly possess a firearm, that is, a Taurus .38 caliber revolver, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled

5

substance, and possession with intent to distribute a controlled substance, as charged in Counts One and Seven of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT NINE

On or about January 19, 2012, in the Northern District of Florida, the defendant,

### TROY ANTHONY COLEMAN,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, that is:

1. On or about November 27, 2007, **TROY ANTHONY COLEMAN** was convicted in the State of Florida of Possession of Cocaine, Trafficking in Hydrocodone, Possession of a Controlled Substance, Fleeing and Attempting to Elude Police Officer, and Tampering with a Witness.

2. For each of these crimes, **TROY ANTHONY COLEMAN** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **TROY ANTHONY COLEMAN** did knowingly possess a firearm, that is, a Taurus .38 caliber revolver.

4. This firearm had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One, Two, Three, and Seven of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations charged in Counts One, Two, Three, and Seven of this Superseding Indictment, punishable by imprisonment for more than one year, the defendants,

**FREDDIE LEE CHRISTOPHER KNOWLES IV
CANDIS MARSHAE WALKER
DAVID ISAAC RUCKER
JOHN JEROME FAGIN
CHRISTOPHER MATHIS
WILLIE JAMES MORGAN
WILLIE LAMAR POTTER
VINCENT M. BROWN
JIMMIE LEE AIKENS JR.
JASON APOLLO BROXTON
and
TROY ANTHONY COLEMAN,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interest in:

A. Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violations; and

B. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

As such, the property subject to forfeiture includes, but is not limited to, the following:

1. $106,550 seized on February 12, 2012;

2. $2,324 seized on February 12, 2012;

3. $23,200 seized on February 12, 2012;

4. 2005 Acura TL 4-door passenger vehicle, bearing Florida registration "AHPP03," VIN #19UUA66285A074604, seized on February 12, 2012;

5. 2007 Toyota Camry LE 4-door passenger vehicle, bearing Florida registration "136PKQ," VIN #4T1BE46K17U515775, seized on February 12, 2012;

6. 2008 BMW 525i 4-door passenger vehicle, bearing Florida registration "ARV4995," VIN #WBANU53568CT07792, seized on February 12, 2012; and

7. $3,288.09 seized on February 15, 2012.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred, sold to, or deposited with a third party;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be subdivided without difficulty,

8

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

All pursuant to Title 21, United States Code, Section 853(a).

## FIREARM FORFEITURE

The allegations contained in Counts Four, Five, Six, Eight, and Nine of this Superseding Indictment are hereby realleged and incorporated by reference. Because the defendants,

**FREDDIE LEE CHRISTOPHER KNOWLES IV
CANDIS MARSHAE WALKER
DAVID ISAAC RUCKER
JOHN JEROME FAGIN
and
TROY ANTHONY COLEMAN,**

knowingly committed the violations set forth in Counts Four, Five, Six, Eight, and Nine, any and all interest that these defendants have in the firearms involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title

18, United States Code, Section 924(d)(1).

A TRUE BILL:

**REDACTED**
FOREPERSON

4/17/2012
DATE

*[signature]*
PAMELA C. MARSH
United States Attorney

*[signature]*
KATHRYN D. RISINGER
Assistant United States Attorney