IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 5:12-CR-5/RS-11

**TROY ANTHONY COLEMAN**
**Defendant,**

___

## GOVERNMENT'S ENHANCEMENT INFORMATION

**COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851, and gives notice that, should the Defendant be convicted of the drug offenses charged in the Indictment, the United States will seek enhanced penalties pursuant to Title 21, United States Code, Section 841.

1. The Defendant is charged in Count One of the Indictment with knowingly and intentionally conspiring with others to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846. Defendant is also charged in Counts Seven and Ten of the Indictment with knowingly and intentionally possessing with intent to distribute cocaine and cocaine base, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C). The maximum penalty for Count One is normally ten (10) years to life imprisonment, a fine

of up to $10,000,000, and at least five (5) years of supervised release. The maximum penalty for Counts Seven and Ten is normally twenty (20) years' imprisonment, a fine of up to $1,000,000, and at least three (3) years of supervised release.

2. On or about November 27, 2007, the Defendant Troy Anthony Coleman was convicted of Possession of Cocaine, a felony drug offense, in the Circuit Court, 14th Judicial Circuit in and for Bay County, Florida, Case Number 06-001801. *See* Exhibit A.

3. On or about November 27, 2007, the Defendant Troy Anthony Coleman was convicted of Trafficking in Hydrocodone, a felony drug offense, in the Circuit Court, 14th Judicial Circuit in and for Bay County, Florida, Case Number 06-003981. *See* Exhibit A.

4. On or about November 27, 2007, the Defendant Troy Anthony Coleman was convicted of Possession of a Controlled Substance, a felony drug offense, in the Circuit Court, 14th Judicial Circuit in and for Bay County, Florida, Case Number 07-002118. *See* Exhibit A.

5. Additional details may be obtained through the court file and in the discovery, which has been made available to the defendant in this case.

6. The United States hereby submits that the prior convictions set out above will subject the defendant to the following increased maximum penalties for Count One: twenty (20) years to life imprisonment, a fine of up to $20,000,000, and at least ten (10)

years of supervised release; and for Counts Seven and Ten: thirty (30) years' imprisonment, a fine of up to $2,000,000, and at least six (6) years of supervised release.

7. The Defendant's prior convictions are prior felony drug convictions within the meaning of Title 21, United States Code, Sections 851 and 841(b)(1)(A).

8. The United States will seek all enhanced penalties which are available.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Kathryn D. Risinger*
KATHRYN D. RISINGER
Assistant United States Attorney
Texas Bar Number: 24046723
1001 East Business 98, 2nd Floor
Panama City, FL 32401-2758
(850) 785-3495

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2012, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Michael Stone
Attorney for Coleman

/s/ Kathryn Risinger
KATHRYN D. RISINGER
Assistant United States Attorney

_____ Probation Violator
_____ Community Control Violator
_____ Retrial
_____ Resentence

In the Circuit Court, 14TH Judicial Circuit,

In and for ___BAY___ County, Florida

Division: BH - HESS

Case Number: 06001801CFMA

State of Florida
vs.
COLEMAN, TROY ANTHONY
Defendant

A CERTIFIED TRUE COPY
BILL KINSAUL CLERK
OF THE CIRCUIT COURT
By _____
Deputy Clerk

16 of 16 pg A

The defendant, __COLEMAN, TROY ANTHONY__, being personally before this court represented by __STONE MICHEL L__, the attorney of record, and the state represented by __DYKES MARIA I__, and having

___ been tried and found guilty by jury/by court of the following crime(s)

___ enter a plea of guilty to the following crime(s)

XX entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| I | POSSESSION OF COCAINE | 89313 | 3F | 06-001801 | 0301101756 |
| II | CNTRL SUBS LESS THAN 20 GRAM MARIJUANA | 89313 | 1M | 06-001801 | 0301101756 |
| III | POSS OF PARAPHERNALIA | 893147 | 1M | 06-001801 | 0301101756 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

___XX___ and no cause being shown why the defendant should not be adjudicated guilty, **IT IS ORDERED THAT** the defendant is hereby **ADJUDICATED GUILTY** of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit blood specimens.

_____ and good cause being shown; **IT IS ORDERED THAT ADJUDICATION OF GUIL**

GOVERNMENT EXHIBIT A

1617

_____ Probation Violator
_____ Community Control Violator
_____ Retrial
_____ Resentence

In the Circuit Court, 14TH Judicial Circuit,

In and for ___BAY___ County, Florida

Division: BH - HESS

Case Number: 06003981CFMA

State of Florida
vs.
COLEMAN, TROY ANTHONY
Defendant

The defendant, __COLEMAN, TROY ANTHONY__, being personally before this court represented by _____STONE MICHEL L_____, the attorney of record, and the state represented by _____DYKES MARIA I_____, and having

_____ been tried and found guilty by jury/by court of the following crime(s)

_____ enter a plea of guilty to the following crime(s)

__XX__ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| I | TRAFFICKING IN HYDROCODONE | 893135 | 1F | 06-003981 | 0301108643 |
| II | CNTRL SUBS LESS THAN 20 GRAM MARIJUANA | 89313 | 1M | 06-003981 | 0301108643 |

__XX__ and no cause being shown why the defendant should not be adjudicated guilty, **IT IS ORDERED THAT** the defendant is hereby **ADJUDICATED GUILTY** of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit blood specimens.

_____ and good cause being shown; **IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.**

1618

_____ Probation Violator
_____ Community Control Violator
_____ Retrial
_____ Resentence

In the Circuit Court, 14TH Judicial Circuit,

in and for ___BAY___ County, Florida

Division: BH - HESS

Case Number: 07002118CFMA

State of Florida
vs.
COLEMAN, TROY ANTHONY
Defendant

The defendant, __COLEMAN, TROY ANTHONY__, being personally before this court represented by __STONE MICHEL L__, the attorney of record, and the state represented by __DYKES MARIA I__, and having

_____ been tried and found guilty by jury/by court of the following crime(s)

_____ enter a plea of guilty to the following crime(s)

__XX__ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| I | POSSESSION OF CONTROLLED SUBSTANCE | 89313 | 3F | 07-002118 | 0301116905 |
| II | POSS OF PARAPHERNALIA | 893147 | 1M | 07-002118 | N/A |
| III | FLEEING & ATTEMPTING TO ELUDE POLICE OFFICER | 3161935 | 2F | 07-002118 | 0301116905 |

__XX__ and no cause being shown why the defendant should not be adjudicated guilty, **IT IS ORDERED THAT** the defendant is hereby **ADJUDICATED GUILTY** of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit blood specimens.

_____ and good cause being shown; **IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.**

_____ Probation Violator
_____ Community Control Violator
_____ Retrial
_____ Resentence

In the Circuit Court, 14TH Judicial Circuit,

In and for ___BAY___ County, Florida

Division: BH - HESS

Case Number: 07002268CFMA

State of Florida
vs.
COLEMAN, TROY ANTHONY
Defendant

The defendant, ___COLEMAN, TROY ANTHONY___, being personally before this court represented by ___STONE MICHEL L___, the attorney of record, and the state represented by ___DYKES MARIA I___, and having

____ been tried and found guilty by jury/by court of the following crime(s)

____ enter a plea of guilty to the following crime(s)

XX entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| I | TAMPERING WITH WITNESS | 91422 | 3F | 07-002268 | 0301116905 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

__XX__ and no cause being shown why the defendant should not be adjudicated guilty, **IT IS ORDERED THAT** the defendant is hereby **ADJUDICATED GUILTY** of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit blood specimens.

_____ and good cause being shown; **IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.**

1620

OR BK 3000 PG 2269

State of Florida

COLEMAN, TROY ANTHONY    AGCY: BCP
6001801CFMA    PLEA DAY: 06/01/2006
LK FILE DATE :05/30/2006
IN :560913

06-3981, 07-2118, 07-2268CFMA

*S.2*
*JSH*
*1-21-12*

*2-27-12 ver/LAC*

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _Troy Lassiter R_    _Deputy Sheriff_
                        Name                    Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, __TROY ANTHONY COLEMAN__, and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in _____BAY_____ County, Florida, this ___27TH___ day of __NOVEMBER__, 20_07_

_/s/ Glenn Hess_
Judge

GLENN L HESS

FILED
2007 NOV 27 A 7:45
HAROLD BAZZEL
CLERK OF CIRCUIT COURT
BAY COUNTY, FLORIDA

1621

Defendant  COLEMAN, TROY ANTHONY        Case Number  06001801CFMA        OBTS Number  0301101756

(As to Count 1)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, STONE MICHEL L , and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable)

___ and the Court having on _____ deferred imposition of sentence until this date
             (date)

___ and the Court having previously entered a judgement in this case on _____ now resentences the defendant
                    (date)

and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**It Is The Sentence Of The Court That:**

___ The defendant pay a fine of _____, pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required by section 960.25, Florida Statutes.

XX  The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of ____ County, Florida.

XX  The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (Check one; unmarked sections are inapplicable.):**

___ For a term of natural life.

XX  For a term of  5 YEARS

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If "split" sentence, complete the appropriate paragraph.

___ Followed by a period of ____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

___ However, after serving a period of ____ imprisonment in ____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of ____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

Defendant  COLEMAN, TROY ANTHONY        Case Number  06001801CFMA        OBTS Number  0301101750

(As to Count 1)

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

| | | |
|---|---|---|
| Firearm | _____ | It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Drug Trafficking | _____ | It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Controlled Substance Within 1,000 Feet of School | _____ | It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Habitual Felony Offender | _____ | The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings of the court are set forth in a seperate order or stated on the record in open court. |
| Habitual Violent Felony Offender | _____ | The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a seperate order or stated on the record in open court. |
| Law Enforcement Protection Act | _____ | It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes. |
| Capital Offense | _____ | It is further ordered that the defendant shall server no less than 25 years in accordance with the provisions of section 775.082(1) Florida Statutes. |
| Short-Barreled Rifle, Shotgun, Machine Gun | _____ | It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count. |
| Continuing Criminal Enterprise | _____ | It is further ordered that the 25-year minimum provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count. |

**Other Provisions:**

| | | |
|---|---|---|
| Retention of Judication | _____ | The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983). |
| Jail Credit | XX | It is further ordered that the defendant shall be allowed a total of __2__ days as credit for time incarcerated before imposition of this sentence. |
| Prison Credit | _____ | It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing. |

**Other Provisions, continued:**

| | | |
|---|---|---|
| Consecutive/Concurrent As to Other Counts | _____ | It is further ordered that the sentence imposed for this count shall run (check one) _____ consecutive to _____ concurrent with the sentence set forth in count _____ of this case." |

1623

Defendant COLEMAN, TROY ANTHONY            Case Number  06003981CFMA            OBTS Number  0301108643

**SENTENCE**

(As to Count 1)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, STONE MICHEL L, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable)

___ and the Court having on _____ deferred imposition of sentence until this date
                              (date)

___ and the Court having previously entered a judgement in this case on _____ now resentences the defendant
                                                                          (date)

___ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**It Is The Sentence Of The Court That:**

___ The defendant pay a fine of _____, pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required by section 960.25, Florida Statutes.

XX  The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.

XX  The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned** (Check one; unmarked sections are inapplicable.):

___ For a term of natural life.

XX  For a term of  5 YEARS

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph.

___ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

1624

OR BK 3000 PG 2273

Defendant COLEMAN, TROY ANTHONY       Case Number 06003981CFMA       OBTS Number 0301108643

(As to Count 1)

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

Firearm — It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

Drug Trafficking — It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

Controlled Substance Within 1,000 Feet of School — It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

Habitual Felony Offender — The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings of the court are set forth in a seperate order or stated on the record in open court.

Habitual Violent Felony Offender — The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a seperate order or stated on the record in open court.

Law Enforcement Protection Act — It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

Capital Offense — It is further ordered that the defendant shall server no less than 25 years in accordance with the provisions of section 775.082(1) Florida Statutes.

Short-Barreled Rifle, Shotgun, Machine Gun — It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

Continuing Criminal Enterprise — It is further ordered that the 25-year minimum provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Other Provisions:**

Retention of Judication — The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

Jail Credit — **XX** It is further ordered that the defendant shall be allowed a total of __2__ days as credit for time incarcerated before imposition of this sentence.

Prison Credit — It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Other Provisions, continued:**

Consecutive/Concurrent As to Other Counts — It is further ordered that the sentence imposed for this count shall run (check one) _____ consecutive to _____ concurrent with the sentence set forth in count _____ of this case."

1625

Defendant  COLEMAN, TROY ANTHONY           Case Number  07002118CFMA           OBTS Number  0301116905

**(As to Count 1)**

The defendant, being personally before this court, accompanied by the defendant's attorney of record, STONE MICHEL L. , and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable)

___ and the Court having on _____ deferred imposition of sentence until this date
                              (date)

___ and the Court having previously entered a judgement in this case on _____ now resentences the defendant
                                                                         (date)

___ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**It Is The Sentence Of The Court That:**

___ The defendant pay a fine of _____, pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required by section 960.25, Florida Statutes.

XX  The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.

XX  The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (Check one; unmarked sections are inapplicable.):**

___ For a term of natural life.

XX  For a term of  5 YEARS

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If "split" sentence, complete the appropriate paragraph.

___ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

Defendant COLEMAN, TROY ANTHONY     Case Number 07002118CFMA     OBTS Number 0301116905

(As to Count 1)

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

Firearm     \_\_\_\_\_ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

Drug Trafficking     \_\_\_\_\_ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

Controlled Substance Within 1,000 Feet of School     \_\_\_\_\_ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

Habitual Felony Offender     \_\_\_\_\_ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings of the court are set forth in a seperate order or stated on the record in open court.

Habitual Violent Felony Offender     \_\_\_\_\_ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a seperate order or stated on the record in open court.

Law Enforcement Protection Act     \_\_\_\_\_ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

Capital Offense     \_\_\_\_\_ It is further ordered that the defendant shall server no less than 25 years in accordance with the provisions of section 775.082(1) Florida Statutes.

Short-Barreled Rifle, Shotgun, Machine Gun     \_\_\_\_\_ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

Continuing Criminal Enterprise     \_\_\_\_\_ It is further ordered that the 25-year minimum provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Other Provisions:**

Retention of Judication     \_\_\_\_\_ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

Jail Credit     **XX** It is further ordered that the defendant shall be allowed a total of __2__ days as credit for time incarcerated before imposition of this sentence.

Prison Credit     \_\_\_\_\_ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Other Provisions, continued:**

Consecutive/Concurrent As to Other Counts     \_\_\_\_\_ It is further ordered that the sentence imposed for this count shall run (check one) \_\_\_\_\_ consecutive to \_\_\_\_\_ concurrent with the sentence set forth in count _____ of this case."

1627

Defendant  COLEMAN, TROY ANTHONY        Case Number  07002118CFMA        OBTS Number  0301116905

(As to Count 3)

The defendant being personally before this court, accompanied by the defendant's attorney of record, STONE MICHEL L , and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable)

__ and the Court having on _____ deferred imposition of sentence until this date
                          (date)

____ and the Court having previously entered a judgement in this case on _____ now resentences the defendant
                                                                        (date)

____ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

It Is The Sentence Of The Court That:

_____ The defendant pay a fine of _____, pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required by section 960.25, Florida Statutes.

XX    The defendant is hereby committed to the custody of the Department of Corrections.

_____ The defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.

XX    The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (Check one; unmarked sections are inapplicable.):

_____ For a term of natural life.

XX    For a term of  5 YEARS

_____ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If "split" sentence, complete the appropriate paragraph.

_____ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

_____ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

Defendant COLEMAN, TROY ANTHONY     Case Number 07002118CFMA     OBTS Number 0301116905

(As to Count 3)

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

Firearm _____ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

Drug Trafficking _____ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

Controlled Substance _____ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Within 1,000 Feet Florida Statutes, is hereby imposed for the sentence specified in this count.
of School

Habitual Felony _____ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended
Offender term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings of the court are set forth in a seperate order or stated on the record in open court.

Habitual Violent _____ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an
Felony Offender extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a seperate order or stated on the record in open court.

Law Enforcement _____ It is further ordered that the defendant shall serve a minimum of _____ years before
Protection Act release in accordance with section 775.0823, Florida Statutes.

Capital Offense _____ It is further ordered that the defendant shall server no less than 25 years in accordance with the provisions of section 775.082(1) Florida Statutes.

Short-Barreled Rifle, _____ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes,
Shotgun, Machine Gun are hereby imposed for the sentence specified in this count.

Continuing _____ It is further ordered that the 25-year minimum provisions of section 893.20, Florida Statutes, are
Criminal Enterprise hereby imposed for the sentence specified in this count.

**Other Provisions:**

Retention of Judication _____ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

Jail Credit **XX** It is further ordered that the defendant shall be allowed a total of __2__ days as credit for time incarcerated before imposition of this sentence.

Prison Credit _____ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Other Provisions, continued:**

Consecutive/Concurrent **XX** It is further ordered that the sentence imposed for this count shall run (check one) _____
As to Other Counts consecutive to __X__ concurrent with the sentence set forth in count __1__ of this case."

1629

Defendant COLEMAN, TROY ANTHONY        Case Number 07002268CFMA        OBTS Number 0301116905

(As to Count 1)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, STONE MICHEL L , and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable)

___ and the Court having on _____ deferred imposition of sentence until this date
                              (date)

___ and the Court having previously entered a judgement in this case on _____ now resentences the defendant
                                                                          (date)

___ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**It Is The Sentence Of The Court That:**

___ The defendant pay a fine of _____, pursuant to section 775.083, Florida Statutes, plus _____ as the 5% surcharge required by section 960.25, Florida Statutes.

XX The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of ____ County, Florida.

XX The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (Check one; unmarked sections are inapplicable.):**

___ For a term of natural life.

XX For a term of  5 YEARS

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If "split" sentence, complete the appropriate paragraph.

___ Followed by a period of ____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

___ However, after serving a period of ____ imprisonment in ____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of ____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

1630

Defendant  COLEMAN, TROY ANTHONY             Case Number  07002268CFMA             OBTS Number  030111690

(As to Count 1)

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

| | | |
|---|---|---|
| Firearm | _____ | It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Drug Trafficking | _____ | It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Controlled Substance Within 1,000 Feet of School | _____ | It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| Habitual Felony Offender | _____ | The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings of the court are set forth in a seperate order or stated on the record in open court. |
| Habitual Violent Felony Offender | _____ | The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a seperate order or stated on the record in open court. |
| Law Enforcement Protection Act | _____ | It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes. |
| Capital Offense | _____ | It is further ordered that the defendant shall server no less than 25 years in accordance with the provisions of section 775.082(1) Florida Statutes. |
| Short-Barreled Rifle, Shotgun, Machine Gun | _____ | It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count. |
| Continuing Criminal Enterprise | _____ | It is further ordered that the 25-year minimum provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count. |

**Other Provisions:**

| | | |
|---|---|---|
| Retention of Judication | _____ | The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983). |
| Jail Credit | XX | It is further ordered that the defendant shall be allowed a total of ___2___ days as credit for time incarcerated before imposition of this sentence. |
| Prison Credit | _____ | It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing. |

**Other Provisions, continued:**

| | | |
|---|---|---|
| Consecutive/Concurrent As to Other Counts | _____ | It is further ordered that the sentence imposed for this count shall run (check one) _____ consecutive to _____ concurrent with the sentence set forth in count _____ of this case." |

1631

COLEMAN, TROY ANTHONY  AGCY: PCP
06001801CFMA  PLEA DAY: 06/01/2006
CLK FILE DATE :05/30/2006
PIN :560913
06-3981,07-2118,07-2268CFMA

Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator and date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and forfeited gain-time awarded during prior service of case number/count number.

Consecutive/Concurrent    __X__  It is further ordered that the composite term of all sentences imposed for the Counts specified in this order shall run
(check one) ____ consecutive to __X__ concurrent with the following:
(check one)

____ any active sentence being served.

__X__ specific sentences: ALL CASES AND COUNTS TO RUN CONCURRENT WITH EACH OTHER. CASE 06-1801 COUNTS II & III, CASE 06-3981 COUNT II, CASE 07-2118 COUNT II ARE ALL TIME SERVED.

In the event the above sentence is the Department of Corrections, the Sheriff of __BAY__ County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends PLACEMENT IN BOOTCAMP FACILITY. DEFENDANT IS SENTENCED AS A YOUTHFUL OFFENDER.

DONE AND ORDERED in open court at __BAY__ County, Florida,
This __27TH__ day of __NOVEMBER__, 20 _07_.

_____
Judge
GLENN L HESS

1632