IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO:  5:12-cr-5/RS/EMT
               5:13-cv-374/RS/EMT

TROY ANTHONY COLEMAN
_____

## GOVERNMENT'S EXHIBIT LIST

Comes now the United States of America, by and through the United States Attorney for the Northern District of Florida and the undersigned Assistant United States Attorney, and files this Exhibit List for the evidentiary hearing in the above-referenced case, set for February 9, 2015, at 1:00 p.m.:

| Government's Exhibit No. | Description | Admitted into Evidence? |
|---|---|---|
| 1 | Documents obtained from the File of Trial Counsel Michel L. Stone Relating to the Issue of Appeal | |

Respectfully submitted,
PAMELA C. MARSH
United States Attorney

*/s/ Kathryn D. Risinger*
KATHRYN D. RISINGER
Assistant United States Attorney
Texas Bar Number: 24046723
1001 East Business 98, 2nd Floor
Panama City, FL  32401-2758
(850) 785-3495

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

    Rachel Seaton-Virga
    Counsel for Petitioner, Troy Anthony Coleman

    Michel L. Stone
    Trial Counsel for Troy Anthony Coleman

                                */s/ Kathryn Risinger*
                                KATHRYN D. RISINGER
                                Assistant United States Attorney