IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               CASE NO. 5:12-cr-5-RS-EMT-11
                                         5:13-cv-374-RS-EMT

TROY ANTHONY COLEMAN,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 727). I have reviewed the report and recommendation *de novo*. No objections were filed; however, Defendant filed a Notice to the Court (Doc. 743) in which he preserved as objections all of his original arguments submitted to the Magistrate Judge.

    IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Defendant's Amended Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 642) is **GRANTED** with respect to the portion of Ground Two of

Defendant's claim that counsel was constitutionally ineffective for his failure to file an appeal; the remaining claims are **DENIED WITHOUT PREJUDICE.**

3. The November 9, 2012, Judgment (Doc. 421) is **VACATED**.

4. A Judgment containing the identical terms set forth in the November 9, 2012, Judgment (Doc. 421) is imposed as of the date of this Order.

5. CJA Panel Attorney Barbara Sanders is appointed to represent Defendant for the purpose of appealing the renewed judgment.

**ORDERED** on April 16, 2015.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**